1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   MALIBU MEDIA, LLC,                           No.  2:16-cv-1708-JAM-KJN, et al.

12                  Plaintiff,

13          v.                                            ORDER

14   JOHN DOE SUBSCRIBER ASSIGNED
     IP ADDRESS 108.206.113.196,
15
                    Defendant.
16

17

18

19

20          The plaintiff's Ex Parte Motions for Leave to Serve a Third Party Subpoena Prior to a

21   Rule 26(f) conference filed in each of the actions and noted by their respective docket numbers in

22   the Attachment shall be ordered submitted without hearing and vacated from the Court's

23   November 1, 2016 hearing calendar.

24   DATED:  September 28, 2016

25                                         /s/ John A. Mendez_____

26                                         UNITED STATES DISTRICT COURT JUDGE

27

28
                                                 1

ATTACHMENT:

2:16-cv-01708-JAM-KJN     Doc. 15

2:16-cv-01709- JAM-KJN     Doc. 16

2:16-cv-01710- JAM-KJN     Doc. 9

2:16-cv-01711- JAM-KJN     Doc. 8

2:16-cv-01712- JAM-KJN     Doc. 9

2:16-cv-01713-JAM-KJN     Doc. 6

2:16-cv-01714- JAM-KJN     Doc. 7

2:16-cv-01715- JAM-KJN     Doc. 8

2:16-cv-01716- JAM-KJN     Doc. 8

2:16-cv-01717- JAM-KJN     Doc. 7

2:16-cv-01718- JAM-KJN     Doc. 7

2:16-cv-01719- JAM-KJN     Doc. 7

2:16-cv-01720- JAM-KJN     Doc. 7

2:16-cv-01721- JAM-KJN     Doc. 8

2:16-cv-01722-JAM-KJN     Doc. 6

2:16-cv-01723- JAM-KJN     Doc. 7

2:16-cv-01724- JAM-KJN     Doc. 8

2:16-cv-01725- JAM-KJN     Doc. 6

2:16-cv-01726- JAM-KJN     Doc. 6

2:16-cv-01727- JAM-KJN     Doc. 7

2:16-cv-01728- JAM-KJN     Doc. 8

2:16-cv-01729- JAM-KJN     Doc. 8

2:16-cv-01733- JAM-KJN     Doc. 7